United States Court of Appeals for the District of Columbia granted. *Solicitor General Fahy* for the United States. *Mr. James J. Laughlin* for respondent.

No. 560. NATHANSON *v.* UNITED STATES. See *ante,* p. 746.

No. 559. MORTENSEN ET AL. *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Eugene D. O'Sullivan* and *Thomas W. Lanigan* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 565. WISCONSIN GAS & ELECTRIC Co. *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Van B. Wake* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Chester T. Lane* for the United States.

No. 349. DECASTRO *v.* BOARD OF COMMISSIONERS OF SAN JUAN. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Hugh R. Francis* and *Gabriel de la Haba* for petitioner.

No. 613. AMERICAN SEATING Co. *v.* ZELL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs.*

758

*William D. Whitney* and *Albert R. Connelly* for petitioner. *Messrs. J. Edward Lumbard, Jr.* and *Theodore S. Hope, Jr.* for respondent.

No. 649. THE ANACONDA ET AL. *v.* AMERICAN SUGAR REFINING Co. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Cody Fowler* for petitioners. *Mr. Henry N. Longley* for respondent.

No. 497. MARIO MERCADO E HIJOS *v.* COMMINS ET AL. February 28, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. The motion for leave to file petition for writ of mandamus is denied. *Messrs. William Cattron Rigby, Pedro M. Porrata,* and *Fred W. Llewellyn* for petitioner.

No. 648. UNITED STATES *v.* HELLARD. March 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for the United States. *Mr. George H. Jennings* for respondent.

No. 578. SOUTHERN RAILWAY Co. *v.* UNITED STATES. March 6, 1944. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Sidney S. Alderman, Siddon G. Boxley,* and *S. R. Prince* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Walter J. Cummings, Jr.* for the United States.